IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLOTTE M. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3256 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | ORDER GRANTING PLAINTIFF'S |
| Social Security, | ) | MOTION FOR EXTENSION OF TIME TO |
| | ) | FILE BRIEF |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Plaintiff's Motion for Extension of Time to File Brief, filing 15, is granted;

2. the plaintiff's brief shall be filed and served on or before June 4, 2010;

3. the defendant shall have 35 days from the date on which the plaintiff's brief is filed in which to file and serve an answer brief;

4. within one week after the defendant's answer brief is filed, the plaintiff may file and serve a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

5. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 4 hereof.

Dated May 3, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge