IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLOTTE M. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3256 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF |
| | ) | |
| Defendant. | ) ) | |

IT IS ORDERED that:

1. the Plaintiff's Motion for Extension of Time to File Brief, filing 17, is granted;

2. the plaintiff shall file and serve her brief on or before June 11, 2010;

3. the defendant shall have 35 days from the date on which the plaintiff's brief is filed in which to file an answer brief;

4. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

5. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 4 above.

Dated June 7, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge