IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLOTTE M. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3256 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF |
| | ) | |
| Defendant. | ) ) | |

IT IS ORDERED that:

1.   the Plaintiff's Motion for Extension of Time to File Brief, filing 19, is granted;

2.   the plaintiff shall have on or before June 15, 2010, in which to file and serve her brief; and

3.   all other deadlines are extended by four days.

Dated June 15, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge